# CERTIFICATE OF SERVICE

I, __Tram Harper__, certify that I am, and at all times during the service of process was,
(name)

not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint and a copy of Local Rule 7001-1 was made __4/9/2025__ by:
(date)

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☒ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

United States Department of Education
Attn: General Counsel
400 Maryland Ave SW
Washington, DC 20202-0001

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]
(name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__4/9/2025__                                              __[signature]__
Date                                                              Signature

Print Name: Tram Harper
Business Address: 500 Winderley Place, Unit 100
City: Maitland    State: FL    Zip: 32751





**CERTIFIED MAIL**

9589 0710 5270 0087 1547 92

TIN, CLARK AND ASSOCIATES
Y PLACE SUITE 100
2751

UNITED STATES DEPARTMENT OF EDUCATION
Attn: General Counsel
400 MARYLAND AVE SW
WASHINGTON DC 20202-0001